UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD LEON WRIGHT JR., <br><br>   Plaintiff, <br><br>   v. <br><br> NAJERA, et al., <br><br>   Defendants. | Case No. 2:25-cv-01910-APG-MDC <br><br> **ORDER** |

Pro se plaintiff Donald Leon Wright Jr. brings this civil-rights lawsuit under 42 U.S.C. § 1983 to redress constitutional violations that he allegedly suffered while housed at High Desert State Prison. (ECF No. 1-1.) On October 14, 2025, the Court ordered Plaintiff to either pay the full $405 filing fee or file a fully complete application to proceed *in forma pauperis* by December 8, 2025. (ECF No. 3.) On November 6, 2025, Plaintiff filed an application to proceed *in forma pauperis* (ECF No. 4), but this application is incomplete because the financial certificate is not signed by a prison official, and Plaintiff did not include an inmate trust fund account statement for the previous six-month period with the application. On the financial certificate, Plaintiff states that it is taking four months "to receive this back from accounting." (ECF No. 4 at 4.) The Court will deny Plaintiff's application without prejudice and grant him an extension of time to address the matter of the filing fee until **January 6, 2026**.

I.   DISCUSSION

An inmate seeking to commence a civil action may apply to proceed *in forma pauperis*, which allows the inmate to file the action without prepaying the full $405 filing fee. *See* 28 U.S.C. § 1915(a)(2); Nev. Loc. R. Prac. LSR 1-2. To apply for *in forma pauperis* status, the inmate must submit all three of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, on this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3); (2) a

**Financial Certificate** properly signed by both the inmate and a prison official (i.e. page 4 of this Court's approved form); and (3) a copy of the **inmate's prison trust fund account statement for the previous six-month period**.

If Plaintiff is having difficulty obtaining the required financial certificate and inmate account statement for the previous six-month period from prison officials, then Plaintiff must file the first three pages of the application to proceed *in forma pauperis* on this Court's approved form together with a declaration[1] detailing when he requested the financial documents, who he spoke to about the status of the documents, who he followed up with after he did not receive the documents, and their responses. Plaintiff's declaration will include dates of his requests, dates of his follow-up requests, names of the officials that he spoke to about the matter, and their responses. If Plaintiff's declaration demonstrates that he has done all that was possible to acquire his financial documents from prison officials, the Court will consider his application to proceed *in forma pauperis* to be complete.[2]

II.   **CONCLUSION**

It is therefore ordered that Plaintiff's incomplete application to proceed *in forma pauperis* (ECF No. 4) is denied without prejudice.

It is further ordered that Plaintiff has until **January 6, 2026**, to either pay the full $405 filing fee or file a new fully complete application to proceed *in forma pauperis* with all three of the following required documents:

(i) a completed application with the inmate's two signatures on page 3,

---

[1] A declaration is sufficient if it is signed and dated by Plaintiff and includes language stating under penalty of perjury under the laws of the United States of America that the statements made in the declaration are true and correct. *See* 28 U.S.C. § 1746.

[2] Plaintiff must still submit the first three pages of the application to proceed *in forma pauperis* on this Court's approved form with his declaration. If Plaintiff does not submit the first three pages of the application to proceed *in forma pauperis* with the declaration, then the Court will recommend dismissal of this case without prejudice.

(ii) a financial certificate that is properly signed both by the inmate and prison official, and

(iii) a copy of the inmate's trust fund account statement for the previous six-month period.

It is further ordered that, if Plaintiff is not able to obtain his financial certificate and inmate trust fund account statement from prison officials, he has until **January 6, 2026**, to file the first three pages of the application to proceed *in forma pauperis* on the Court's approved form together with a declaration detailing the efforts that he made to acquire his financial documents from prison officials.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to resend Plaintiff the approved form application to proceed *in forma pauperis* for an inmate with instructions.

DATED: November 7, 2025

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE