**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DONALD LEON WRIGHT JR.
also known as
MARSHALL JONES,[1]

v.

NAJERA, et al.,

Defendants

Case No.: 2:25-cv-01910-APG-MDC

**Order**

ECF Nos. 5, 8, 18, 19

## I. DISCUSSION

Donald Leon Wright Jr., who is incarcerated in the custody of the Nevada Department of Corrections, has filed a civil rights complaint under 42 U.S.C. § 1983. ECF No. 1-1. Wright has filed a motion for a temporary restraining order, a motion titled "Sworn Declaration," and two motions requesting a status check. ECF Nos. 5, 8, 18, 19.

Wright's motion for a temporary restraining order requests that he be transferred from High Desert State Prison to Northern Nevada Correctional Center because he needs to be housed at a prison with a flat yard. ECF No. 5 at 1. However, since filing the motion, Wright has filed an updated address indicating that he is now housed at Northern Nevada Correctional Center. ECF No. 15. Therefore, I deny the motion for a temporary restraining order as moot.

Wright's motion for a sworn declaration is really a statement that Wright has taken all the

---

[1] Wright identifies himself as Donald Leon Wright Jr., AKA Marshall Jones, in the complaint. ECF No. 1-1. According to the Nevada Department of Corrections online inmate database, the prison number that Wright uses belongs to an inmate named Marshall Jones. The online inmate database lists over a dozen aliases for Marshall Jones, including Donald Leon Wright. I will refer to Wright by the name that he uses to identify himself in the complaint.

steps he can to provide the court with financial documentation to support his applications to proceed in forma pauperis. ECF No. 8. The court has received all the necessary financial information, and I accept the applications as complete. Therefore, I deny the motion for a sworn statement as moot.

Wright has also filed two motions requesting a status check. ECF Nos. 18, 19. Wright's case is currently in line to be screened under 28 U.S.C. § 1915A(a). The court has a heavy docket and there is a long backlog of cases in line for screening. Wright will receive an update regarding the next steps in this case when his case is screened. In light of this, I deny the motions for a status update as moot.

## II. CONCLUSION

I THEREFORE ORDER that Wright's motion for a temporary restraining order (ECF No. 5) is DENIED as moot.

I FURTHER ORDER Wright's motion for a sworn declaration (ECF No. 8) is DENIED as moot.

I FURTHER ORDER that Wright's motions for a status check (ECF Nos. 18, 19) are DENIED as moot.

Dated: September 3, 2026

Chief United States District Judge